Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

Indianapolis Division

FILED
12/18/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Jeremy David Ernest Whiteley
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

DR. Siebolt et al
DR. Abraham et al
DR. Wilson et al
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 1:23-cv-02266-MPB-CSW
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jeremy David Ernest Whiteley
All other names by which you have been known:
ID Number: 161444
Current Institution: Hendricks County Jail
Address: P.O. Box 87
Danville, IN 46122
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Dr. Seibolt
Job or Title (if known): Medical Provider
Shield Number:
Employer: Hendricks County Jail Medical Unit
Address: P.O. Box 87
Danville, IN. 46122
City / State / Zip Code
☒ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Dr. Abraham
Job or Title (if known): Medical Provider
Shield Number:
Employer: Hendricks County Jail Medical Unit
Address: P.O. Box 87
Danville, IN. 46122
City / State / Zip Code
☒ Individual capacity   ☒ Official capacity

2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: DR. WILSON
Job or Title (if known): Medical Provider
Shield Number:
Employer: Hendricks County Jail Medical Unit
Address: P.O. Box 87
Danville, IN. 46122
City / State / Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Plaintiffs rights are being violated under the Eigth and fourteenth amendments i.e. Color of law, as well as deliberate indifference standards of serious medical needs, (Continued on attached)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## Basis For Jurisdiction

B.) Negligence and malpractice and unnecessary wanton infliction of pain.

D.) Defendant 1.) Dr. Siebolt acting under color of law, being employed by the Hendricks County jail, under contract and acting as medical provider violated plaintiffs Constitutional rights under the eighth and fourteenth amendments by showing deliberate indifference and showing reckless disregard to jail and medical policies by not addressing Plaintiffs serious medical needs as a pretrial detainee. See Clouthier v. City of Contra Costa, 591 F.3d 1232-1241-44 (9th Cir. 2010). Plaintiff having previously been diagnosed with Degenerative Disc Disease resulting in severe nerve damage, as well as bone spurs to which major neck surgery has been preformed, was denied any and all medical treatment for pain and discomfort and numbness to extremities on 8-2-2023 and 8-16-2023. A serious medical need exists if the failure to treat a pretrial detainees condition could result in further significant injury or the unnecessary and wanton infliction of pain. See McGuckin v. Smith, 974 F.2d 1050, 1059 (9th Cir. 1992) Dr. Siebolt was also notified about plaintiffs Mental health concerns of depression and general anxiety disorder on 6-27-2023, 7-29-2023, 7-31-2023, 8-2-2023, 8-16-2023 to which multiple Release of Information forms (ROI's)

were completed and sent to the Marion County Jail, where original diagnosis was derived, for the purpose of confirming mental health medications previously prescribed for plaintiff. DR. Siebolt ignored needs and delayed mental health treatment and diagnosis. See Clement v. Gomez 298 F.3d 898, 905 (9th Cir. 2002). Negligence by definition is failing to do the right thing. DR. Siebolt has habitually failed to acknowledge and treat plaintiffs serious medical needs.

Defendant 2.) DR. Abraham, acting under color of law, by being employed by the Hendricks County jail, under contract, and acting as medical provider violated plaintiffs' constitutional rights under the eighth and fourteenth amendments by denying treatment of plaintiffs' serious medical needs. See West V. Atkins, 487 U.S. 42, 50, 108 S. Ct. 2250 (1988). Also see Estelle v. Gamble, 429 U.S. 97, 104, 97 S. Ct. 285 (1976). DR. Abraham has been notified about plaintiffs previous diagnosis, surgery, pain and discomfort on 9-14-2023, 10-6-2023, 10-13-2023 and 10-20-2023 and was seen by Defendant on 10-13-2023 and at that time displayed deliberate indifference by refusing to treat or respond to plaintiffs' serious medical needs. As medical provider DR. Abrahams' sole responsibility is to see to and treat any and all serious medical needs. Plaintiff informed Defendant, DR. Abraham, of how daily activities are restricted and chronic pain and discomfort is

associated with previous diagnosis and surgery. See Brock V. Wright 315 F.3d 158, 162 (2d Cir. 2003) By statute, a serious medical need is "A condition of urgency, one that may produce death, degeneration, or extreme pain." See also; Hathaway v. Coughlin, 37 F.3d 63, 66 (2d Cir. 1994).

Defendant 3.) DR. Wilson violated plaintiff's Constitutional rights, under the eighth and fourteenth amendments, by acting under color of law, by being employed by the Hendricks County jail, under contract, by acting as medical provider. DR. Wilson was notified about plaintiff's serious medical needs on 11-4-2023 and 11-8-2023 at which time deliberate indifference was shown by any and all medical treatment being denied and ignored. Plaintiff informed DR. Wilson that his condition is worsening from pain and discomfort to numbness in his fingers. Medical treatment was still not rendered. Defendant is clearly aware of plaintiff's serious medical needs and refused any and all medication that would assist in aleviating pain and discomfort. Electronic and verbal communication exists of attempts in hopes of treatment to which all have been denied.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached please

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

~~None~~

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Hendricks County Jail (Danville, IN.) Dates ranging from 6-27-2023 to 11-8-2023 and on going.

4 of 11

Statement of Claim.

IV. D.) Plaintiff contacted medical staff on numberous occasions and was denied any and all medical treatment for Degenerative Disc Disease, pain, discomfort and numbness of right extremities. Plaintiff communicated electronically and verbally on multiple dates (previously submitted) of said pain and worsening condition as well as previous diagnosis and surgery related to complaint, to 3 seperate medical providers to where no treatment of any sort was offered or even attempted. All defendants were informed of previous diagnosis to the extent of plaintiff providing documents related to diagnosis and surgery from outside provider which are going to be attached for exhibits in this case. Also plaintiff's mental health needs were not appropriatly addressed with previous diagnosis of depression and General anxiety disorders. The facts involved are that medical staff has refused any and all treatment for previous diagnosis of serious medical needs of plaintiff. Initial symtoms started as pain and discomfort and has graduated to severe pain and extremity numbness.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

These are all dates of Communication; 6-27-2023, 7-29-2023, 7-31-2023, 8-2-2023, 8-11-2023, 8-16-2023, 8-22-2023, 9-19-2023, 10-6-2023, 10-13-2023, 10-20-2023, 10-27-2023, 11-4-2023, 11-8-2023

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See attached

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See attached

# V. Injuries

Plaintiff states that injuries sustained include chronic pain and discomfort in neck, shoulders and back, consitant headaches and numbness in right hand with continual graduation. Pain started as moderate and has intensified significantly over time. Denial of treatment continues to add to detereration and pain. Lack of treatment has an continues to effect daily activities and adds mental health concerns with depression and suicidal thoughts.

# VI. Relief

A.) Compensatory Damages $500,000.00
Mandel V. Doe 888 F.2d 783,787 (11th Cir. 1989)

B.) Punitve Damages $90,000.00
Consolo V. George 58 F.3d 791, 795 (1st Cir. 1995)

C.) Plaintiff also seeks oversight and improvement of medical faculties to ensure future treatment for all pretrial detainees.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Hendricks County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Hendricks County jail Medical unit.

2. What did you claim in your grievance?
All of the information pertaining to Degenerative Disc disease, pain and discomfort as well as mental health needs and concerns.

3. What was the result, if any?
Results were denial of any and all treatment options or medications.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
I appealed all 3 levels as described in grievance procedures to supervisor, lieutenant and jail Commander. Grievance process completed.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

1.) All administrative remedies were exhausted at this jail.
2.) See attached exhibits; A, B, C, D

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-13-2023

Signature of Plaintiff: *Jeremy D. Whiteley*
Printed Name of Plaintiff: Jeremy D. Whiteley
Prison Identification #: 161444
Prison Address: P.O. Box 87
Danville, IN 46122
(City, State, Zip Code)

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
(City, State, Zip Code)
Telephone Number: _____
E-mail Address: _____

11 of 11