UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEREMY DAVID ERNEST WHITELEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-02266-MPB-CSW |
| ) | |
| SIEBALT, ) | |
| ABRAHAM, ) | |
| WILSON, ) | |
| ) | |
| Defendants. ) | |

**Final Judgment**

The court now enters final judgment. This action is **DISMISSED without prejudice**.

Dated: May 6, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JEREMY DAVID ERNEST WHITELEY
161444
Hendricks County Jail
P.O. Box 87
Danville, IN 46122